UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **14-20774** CR-COOKE

18 U.S.C. § 1349
18 U.S.C. § 1343
18 U.S.C. § 981(a)(1)(C)

/ TORRES

UNITED STATES OF AMERICA

v.

BEN WILLIAMS,
DAVID BOYCE
 a/k/a "Jacob Bauer,"
 a/k/a "James Russell," and
JACOB BRADSHAW,
 a/k/a "Dr. Gallop,"
     Defendants.
_____/



FILED by ___ B.C.
OCT 16 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At various times relevant to this Indictment:

1. Liberty International Holding Corporation ("LIHC") was a Florida corporation with its principal place of business in Fort Lauderdale, Florida. LIHC stock traded in the over-the-counter market. Defendant **DAVID BOYCE** opened a bank account for the benefit of LIHC, under the name LIGH, at Bank of America in Broward County in the Southern District of Florida.

2. Allied Financial Strategies, Inc. ("Allied") was a Florida corporation with its principal place of business in Miami, Florida. Allied used brokers to solicit investors primarily for investment in LIHC stock. Bank accounts were opened for Allied at Bank of America in

Miami-Dade County in the Southern District of Florida.

3. Allied Brokers used DB&A Clearing Services, Inc. ("DB&A Clearing") as a purported clearing firm for monies sent by investors. **DAVID BOYCE** opened bank accounts for DB&A at Bank of America in Miami-Dade County in the Southern District of Florida.

4. Defendant **BEN WILLIAMS** was a resident of Morrison, Colorado.

5. Defendant **DAVID BOYCE** was a resident of Los Angeles, California.

6. Defendant **JACOB BRADSHAW** was a resident of Portsmouth, Ohio.

## COUNT 1
### Conspiracy to Commit Wire Fraud
### (18 U.S.C. § 1349)

1. Paragraphs 1 through 6 of the General Allegations section of this Indictment are realleged and incorporated herein by reference.

2. From in or around October 2012, through in or around October 2013, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**BEN WILLIAMS,**
**DAVID BOYCE,**
a/k/a "Jacob Bauer,"
a/k/a "James Russell," and
**JACOB BRADSHAW,**
a/k/a "Dr. Gallop,"

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with Chris Anzalone and others known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly, and with intent to defraud, devise and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent

2

when made, and did knowingly transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, for the purpose of executing the scheme and artifice, in violation of Title 18, United States Code, Section 1343.

## PURPOSE OF THE CONSPIRACY

3. The purpose of the conspiracy was for the defendants and their co-conspirators to defraud investors and to obtain money and property in connection with purported investments in LIHC's over-the-counter stock and precious metals positions by: (a) soliciting and causing others to solicit funds from investors under false and fraudulent pretenses consisting of materially false statements and omissions of material facts; (b) intentionally failing to utilize investors' funds in the manner promised; and (c) misappropriating and converting investors' funds to their benefit without the knowledge of investors.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the purpose and object of the conspiracy included, among other things, the following.

4. **BEN WILLIAMS** and Chris Anzalone induced investors to purchase LIHC shares by falsely and fraudulently representing that a hedge fund or other large investor intended to purchase a large block of LIHC shares for a substantially inflated price compared to the LIHC market price.

5. **BEN WILLIAMS** and Chris Anzalone falsely and fraudulently represented to investors that the investors needed to pay substantial transaction or administrative fees in order for the investors to sell their LIHC shares to the hedge fund or other large investor at the inflated

3

price.

6. **BEN WILLIAMS** and Chris Anzalone used co-conspirators, including **DAVID BOYCE** and **JACOB BRADSHAW**, to falsely and fraudulently pose as other investors or hedge fund representatives—essentially playing the part of "shills"—to induce prospective investors to invest monies. In this way, **JACOB BRADSHAW**, using an alias of "Dr. Gallop", falsely and fraudulent represented to prospective investors that he was a large investor interested in purchasing LIHC shares at a premium. Further, **DAVID BOYCE**, using aliases of "Jacob Bauer" and "James Russell", falsely and fraudulently represented to prospective investors that investors had to pay certain fictitious transaction or administrative fees to complete the trade.

7. **JACOB BRADSHAW** solicited investors to purchase positions in precious metals and LIHC stock. **BRADSHAW** falsely and fraudulently represented to investors that investors' monies would be used for the purchase of precious metals and LIHC stock, although as **BRADSHAW** knew, the monies were not actually used to purchase precious metals positions or LIHC stock.

8. Based on false and fraudulent representations made by **BEN WILLIAMS, DAVID BOYCE, JACOB BRADSHAW**, Chris Anzalone, and other co-conspirators, investors wired over $3 million from out-of-state bank accounts to bank accounts held by LIGH, Allied and DB&A Clearing in Miami, Florida. The co-conspirators split the proceeds from this fraud for their own personal use and benefit.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2-13
### Wire Fraud
### (18 U.S.C. § 1343)

1. Paragraphs 1 through 6 of the General Allegations section of this Indictment are re-alleged and incorporated herein by reference.

2. From in or around October 2012, through in or around October 2013, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**BEN WILLIAMS,
DAVID BOYCE,
a/k/a "Jacob Bauer,"
a/k/a "James Russell," and
JACOB BRADSHAW,
a/k/a "Dr. Gallop,"**

did knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and did knowingly transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, for the purpose of executing the scheme and artifice.

## PURPOSE OF THE SCHEME AND ARTIFICE

3. The purpose of the scheme and artifice was for the defendants and their accomplices to defraud investors and to obtain money and property in connection with purported investments in LIHC's over-the-counter stock and precious metals positions by: (a) soliciting and causing others to solicit funds from investors under false and fraudulent pretenses consisting of materially false statements and omissions of material facts; (b) intentionally failing to utilize investors' funds in the manner promised; and (c) misappropriating and converting investors'

funds to their benefit without the knowledge of investors.

## THE SCHEME AND ARTIFICE

4. Paragraphs 4 through 7 of the Manner and Means section of Count 1 of this Indictment are re-alleged and incorporated herein by reference as a description of the scheme and artifice.

## USE OF THE WIRES

5. On or about the dates specified as to each count below, the defendants, as set forth in each count below, for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing they were false and fraudulent when made, did knowingly cause to be transmitted by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, that is, wire transfers from investors, as more particularly described in each count below:

| COUNT | DEFENDANT(s) | APPROX. DATE | DESCRIPTION OF WIRE TRANSMISSION |
|---|---|---|---|
| 2 | BEN WILLIAMS | October 1, 2012 | Wire transfer of $25,000 from G.S.'s Bankers Bank account in Oklahoma to an LIGH Bank of America account in Fort Lauderdale, Florida |
| 3 | BEN WILLIAMS | October 9, 2012 | Wire transfer of $30,000 from G.S.'s Bank of NY Mellon account in Oklahoma to an LIGH Bank of America account in Fort Lauderdale, Florida |
| 4 | BEN WILLIAMS | April 9, 2013 | Wire transfer of $75,000 from S.E.'s Farm Credit Services bank account in Iowa to an Allied Bank of America account in Miami, Florida |
| 5 | JACOB BRADSHAW | May 6, 2013 | Wire transfer of $50,000 from H.S.'s First Bank of the Southwest account in Texas to an Allied Bank of America account in Miami, Florida |

| COUNT | DEFENDANT(s) | APPROX. DATE | DESCRIPTION OF WIRE TRANSMISSION |
|---|---|---|---|
| 6 | BEN WILLIAMS and JACOB BRADSHAW | May 24, 2013 | Wire transfer of $25,200 from S.E.'s Farm Credit Services bank account in Iowa to an Allied Bank of America account in Miami, Florida |
| 7 | JACOB BRADSHAW | May 29, 2013 | Wire transfer of $50,000 from H.S.'s First Bank of the Southwest account in Texas to an Allied Bank of America account in Miami, Florida |
| 8 | BEN WILLIAMS and JACOB BRADSHAW | May 29, 2013 | Wire transfer of $24,800 from S.E.'s Farm Credit Services bank account in Iowa to an Allied Bank of America account in Miami, Florida |
| 9 | BEN WILLIAMS | July 23, 2013 | Wire transfer of $62,500 from G.H.'s Wells Fargo bank account in Colorado to an Allied Bank of America account in Miami, Florida |
| 10 | BEN WILLIAMS | July 25, 2013 | Wire transfer of $62,500 from G.H.'s Wells Fargo bank account in Colorado to an Allied Bank of America account in Miami, Florida. |
| 11 | BEN WILLIAMS | September 10, 2013 | Wire transfer of $100,000 from L.T.'s Carter Bank and Trust Account in North Carolina to an Allied Bank of America account in Miami, Florida |
| 12 | BEN WILLIAMS | September 13, 2013 | Wire transfer of $110,000 from L.T.'s Carter Bank and Trust Account in North Carolina to an Allied Bank of America account in Miami, Florida |
| 13 | BEN WILLIAMS and DAVID BOYCE | October 9, 2013 | Wire transfer of $142,509 from G.H.'s Wells Fargo bank account in Colorado to a DB&A Bank of America account in Miami, Florida |

In violation of Title 18, United States Code, Sections 1343 and 2.

## FORFEITURE
### (18 U.S.C. § 981(a)(1)(C))

1.  The allegations of the Counts 1 – 13 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **BEN WILLIAMS, DAVID BOYCE,** and **JACOB BRADSHAW,** have an interest.

7

2. Upon conviction of the offenses charged in Counts 1, 2-4, 6, and 8-13 of the Indictment, the defendant, **BEN WILLIAMS**, shall forfeit to the United States any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violation. Upon conviction of the offenses charged in Counts 1 and 13 of the Indictment, the defendant, **DAVID BOYCE**, shall forfeit to the United States any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violation. Upon conviction of the offenses charged in Counts 1 and 5-8 of the Indictment, the defendant, **JACOB BRADSHAW**, shall forfeit to the United States any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violation

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853 as made applicable through Title 28, United States Code, Section 2461.

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MICHAEL N. BERGER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| | **CERTIFICATE OF TRIAL ATTORNEY*** |
| BEN WILLIAMS, DAVID BOYCE, and JACOB BRADSHAW, Defendants. _____/ | Superseding Case Information: |

**Court Division**: (Select One)

| | | | | New Defendant(s) | Yes ____ | No ____ |
|---|---|---|---|---|---|---|
| X | Miami | ____ | Key West | Number of New Defendants | ____ | |
| ____ | FTL | ____ | WPB   ____ FTP | Total number of counts | ____ | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)     No
   List language and/or dialect

4. This case will take    6-7    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   | I   | 0 to 5 days    | ____ | Petty   | ____ |
   |-----|----------------|------|---------|------|
   | II  | 6 to 10 days   | X    | Minor   | ____ |
   | III | 11 to 20 days  | ____ | Misdem. | ____ |
   | IV  | 21 to 60 days  | ____ | Felony  | X    |
   | V   | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?        ____ Yes    X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?        ____ Yes    X No

_____
MICHAEL N. BERGER
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501557

*Penalty Sheet(s) attached                                        REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: BEN WILLIAMS

**Case No**: _____

Count #: 1

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349

\* **Max. Penalty:** Twenty (20) Years' Imprisonment

Counts #: 2-4, 6, 8-13

Wire Fraud

Title 18, United States Code, Section 1343

\* **Max. Penalty:** Twenty (20) Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>JACOB BRADSHAW</u>

**Case No:** _____

Count #: 1

<u>Conspiracy to Commit Wire Fraud</u>

<u>Title 18, United States Code, Section 1349</u>

**\* Max. Penalty:** Twenty (20) Years' Imprisonment

Counts #: 5-8

<u>Wire Fraud</u>

<u>Title 18, United States Code, Section 1343</u>

**\* Max. Penalty:** Twenty (20) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>DAVID BOYCE</u>

**Case No:** _____

Count #: 1

<u>Conspiracy to Commit Wire Fraud</u>

<u>Title 18, United States Code, Section 1349</u>

\* **Max. Penalty:** Twenty (20) Years' Imprisonment

Count #: 13

<u>Wire Fraud</u>

<u>Title 18, United States Code, Section 1343</u>

\* **Max. Penalty:** Twenty (20) Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.